[DO NOT PUBLISH]

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 23, 2009
THOMAS K. KAHN
CLERK

No. 08-16083
Non-Argument Calendar
_____

D.C. Docket No. 95-04059-CR-4-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY COPELAND,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(April 23, 2009)

Before: BLACK, BARKETT and KRAVITCH, Circuit Judges,

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Larry Copeland in this appeal of the

denial of a motion for a reduced sentence, 18 U.S.C. § 3282(c)(2), has moved to

withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Copeland's 18 U.S.C. § 3582 motion is **AFFIRMED**.